TYLER LAW, LLP
Nathan R. Klein (SBN 306268)
nklein@tylerlawllp.com
25026 Las Brisas Road
Murrieta, California 92562
Telephone:  (951) 600.2733
Facsimile:   (951) 600.4996

Attorneys for Plaintiff Daryl Bursch

# UNITED STATES DISTRICT COURT

## CENTRAL DISTIRCT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| DARYL BURSCH, an individual<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A PLACE FOR MOM, INC.; and DOES 1 through 100, inclusive<br><br>　　　　Defendants. | Case No.:  5:22-cv-01592-SHK<br><br>**NOTICE OF SETTLEMENT** |

　　Plaintiff, DARYL BURSCH, and Defendant, A PLACE FOR MOM, INC., have reached a settlement in this matter that resolves all issues between them.

///
///
///
///
///
///
///
///

The parties intend to file a stipulation for dismissal with prejudice of the action within 21 days.

DATED: April 28, 2023          TYLER LAW, LLP

By: /s/ Nathan R. Klein
Nathan R. Klein, Esq.
Attorneys for Plaintiff Daryl Bursch

DATED: April 28, 2023          LITTLER MENDELSON, P.C.

By: /s/ Jon G. Miller
Jon G. Miller, Esq.
Attorneys for Defendant
A Place For Mom, Inc.

# CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2023, I electronically filed **NOTICE OF SETTLEMENT** with the Clerk of the Court by using the CM/ECF system.

I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct.

Executed on April 28, 2023, at Murrieta, California.

s/ Nathan R. Klein<br>Nathan R. Klein