JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYL BURSCH, an Individual,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>A PLACE FOR MOM, INC.; and DOES 1 through 100, inclusive,<br><br>　　　　　　Defendants. | Case No. EDCV 22-1592-GW-KKx<br><br>**ORDER RE GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

Based on the Joint Stipulation simultaneously submitted by the Parties, and good cause appearing, the Court hereby orders this entire action dismissed with prejudice in its entirety, with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: May 22, 2023

_____
HON. GEORGE H. WU,
United States District Judge